O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-1138-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| JERMAINE LEE EDWARDS, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On July 18, 2014, August 28, 2014 and April 15, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on July 7, 2014. Government counsel, Kim Meyer, the defendant and his appointed CJA attorney, Peter Swarth, were present. The U.S. Probation Officer, Michael Rieger, was also present.

On July 18, 2014, the Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on July 7, 2014. Defendant was sworn. The allegations were read to the defendant. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant admitted allegation 1, in violation of his supervised release as stated in the petition filed July 7, 2014, and denied allegations 2, 3 and 4 of the petition filed July 7, 2014.

On August 28, 2014, defendant moved to change his denial to allegation 2. Defendant was sworn and defendant admitted allegation 2, in violation of his supervised release as stated in petition filed July 7, 2014. The Court found the admissions to allegations 1 and 2 of the petition filed July 7, 2014, voluntary and knowledgeable and accepted it. Thereafter,

the Court proceeded with an evidentiary hearing on allegations 3 and 4 of the petition filed July 7, 2014. Exhibits were identified and admitted. Witnesses were called, sworn and testified. Counsel argued. The Court found the government had met their burden on allegation 3, but not on allegation 4, of the petition filed July 7, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked and reinstated, under the same terms and conditions previously imposed.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     April 15, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk