O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-1138-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| JERMAINE LEE EDWARDS, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

    On March 13, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 15, 2016. Government counsel, Shawn Nelson, the defendant and his appointed CJA attorney, Peter Swarth, were present. The U.S. Probation Officer, Joseph Carlos, was also present.

    The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on November 15, 2016. Defendant was sworn. The allegations were read to the defendant. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant admitted the allegations, in violation of his supervised release as stated in the Petition on Probation and Supervised Release filed November 15, 2016.

    THE COURT FINDS the admissions to the allegations of the Petition on Probation and Supervised Release filed November 15, 2016, voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of February 15, 2008 and April 15, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day. Upon release from imprisonment, defendant shall be placed on supervised release for a period of six (6) months, under the same terms and conditions previously imposed.

IT IS ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on April 13, 2017. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:	March 14, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk